IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

IN THE MATTER OF THE COMPLAINT OF AMERICAN RIVER TRANSPORTATION COMPANY, A CORPORATION FOR EXONERATION FROM, OR LIMITATION OF, LIAIBLITY.

No. 00 CV 1274 JRT/FLN

**ORDER DIRECTING ISSUANCE OF NOTICE AND RESTRAINING SUITS**

On Motion of Plaintiff, American River Transportation Company, and appearing through counsel, and on suggesting to the Court that Plaintiff desires the issuance of Notice pursuant to the provisions of Supplemental Rule F(4) of the Federal Rules of Civil Procedure:

IT IS ORDERED that notice be given to all persons asserting any claims with respect to the incident occurring on or about October 13, 1998, at or near Mile 789 Upper Mississippi River, near Red Wing, Minnesota, which allegedly resulted in personal injury and damage to Chris Moore. The court further admonishes all such parties to file their respective claims with the Clerk of this Court and to serve on the attorneys of the Plaintiff a copy thereon on or before the 20th day of July, 2000.

IT IS FURTHER ORDERED that such notice be published in Red Wing Republican Eagle once a week for four (4) consecutive weeks prior to the date fixed hereinabove for the filing of claims; and that the Plaintiff, not later than the day of the second publication, shall also mail a copy of said public notice to every person known to have made any claim against Plaintiff or the M/V LIL CHARLEY arising out of the aforesaid incident; and it is

FURTHER ORDERED that the institution and prosecution of any suits, actions or legal proceedings of any nature or description whatsoever in any court whatsoever, against the Plaintiff or the M/V LIL CHARLEY in respect of any claim arising out of or connected with an

FILED 5/23/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

incident which allegedly occurred on October 13, 1998, on the Mississippi River near Red Wing, Minnesota, except in this proceeding, be hereby stayed and restrained until the hearing and determination of this proceeding; and it is,

FURTHER ORDERED that Plaintiff serve a copy of this Order in the usual manner on the person or persons to be restrained, or their respective attorneys, or representatives.

St. Paul, Minnesota, this 22d day of May, 2000.

Franklin L. Noel

U. S. ~~District~~ Magistrate Judge