ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF AMERICAN RIVER TRANSPORTATION COMPANY, A CORPORATION, FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY. | ) ) ) ) ) | No. 00-CV-127 -JRT/FLN |

## ORDER NOTING DEFAULTS

This Court, having heretofore duly issued a Notice of Complaint for Exoneration from, or Limitation of, Liability in Cause No. 00-CV-1274JRT/FLN, against all persons claiming damage for any and all losses, damages, expenses, or injuries caused by or resulting from the casualty alleged in the Complaint in said cause, and, in particular, from incidents alleged to have occurred on October 13, 1998, as set forth in the Complaint herein, citing them to appear before this Court on or before the 20th day of July 2000, to answer said Complaint and file their respective claims on or before said time, at the office of the Clerk of this Court, subject to the right of any person interested to question or controvert the matters set forth in said Complaint, and publication of said Notice having been duly given as required by the rules and practices of this Court and the Order Directing Issuance of Notice and Restraining Suits, all of which appear by the Affidavit of Publication filed herein, and wherein it appears from Plaintiff's Motion for Order Noting Defaults, that they have mailed a copy of said Notice to all persons, and/or their attorneys, known to have made a claim against Plaintiff arising out of the incident on which the claim sought to be limited arose, and wherein it appears from the records of this Court that the following claims have been presented pursuant to said Notice:

1. Claim of Christopher Moore. Claimant Christopher Moore is represented by Gerard Schneller of The Lakin Law Firm, 301 Evans Avenue, Wood River, IL 62095, and local

FILED OCT 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

counsel. The Claim for Damages for Injury is for an amount in excess of $3[illegible]57,000. Claimant Christopher Moore has also filed an Answer to the Complaint.

2. Claim of American Commercial Barge Line, L.L.C. and American Commercial Lines, L.L.C. Claimants American Commercial Barge Line, L.L.C. and American Commercial Lines, L.L.C. are represented by Ray Massey, Thompson Coburn, One Firstar Plaza, St. Louis, MO 63101, and local counsel. The Claim is in the approximate amount of $50,000, and it seeks prejudgment costs, and interest, and attorney fees, and it seeks to indemnify for any amounts American Commercial Barge Line, L.L.C. may be required to pay for liability as a result of Moore's alleged injury and damages. Claimants American Commercial Barge Line, L.L.C. and American Commercial Lines, L.L.C. have also filed an Answer to the Complaint.

Now on Motion of Attorneys for Plaintiff American River Transportation Company it is:

ORDERED that the default of all persons or corporations claiming damages for any and all losses, damages, expenses, or injuries caused by or resulting from the aforesaid incident and not having filed claims as aforesaid except for Christopher Moore, American Commercial Barge Line, L.L.C., and American Commercial Lines, L.L.C., be and the same hereby are noted; and it is further

ORDERED that all issues raised by the Complaint herein and Answers thereto stand for trial before this Court according to the rules and practices thereof.

Dated this 18th day of October, 2000.

IT IS SO ORDERED:

______________________________
United States District Court Judge