IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF AMERICAN RIVER TRANSPORTATION COMPANY, A CORPORATION, FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY. | ) | No. 00-CV-1274-JRT/FLN |

**ORDER OF DISMISSAL**

Pursuant to the parties' Stipulation for Dismissal, this cause of action, including Plaintiff's Complaint and the claims of Christopher Moore, American Commercial Barge Line, LLC, and American Commercial Lines, LLC, are hereby dismissed with prejudice, and the Answers of Christopher Moore, American Commercial Barge Line, LLC, and American Commercial Lines, LLC, are withdrawn.

The Ad Interim Stipulation for value, with their attached bonds heretofore filed, are hereby discharged.

Each party is to bear its own costs.

Dated this 13th day of July, 2001.

U.S. DISTRICT COURT JUDGE

FILED
JUDGMENT ENTD
DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT OF AMERICAN RIVER TRANSPORTATION COMPANY, A CORPORATION, FOR EXONERATION FROM, OR LIMITATION OF, LIABILITY. | ) ) ) ) ) | No. 00-CV-1274-JRT/FLN |

**STIPULATION FOR DISMISSAL**

COME NOW the parties hereto and state that the above matter has been compromised and settled, and hereby agree that Plaintiff's Complaint and the Claims filed on behalf of Christopher Moore, American Commercial Barge Line LLC, and American Commercial Lines, LLC, are hereby dismissed, with prejudice, and that the Answers of Christopher Moore, American Commercial Barge Line LLC, and American Commercial Lines LLC are withdrawn. Each party to bear its own costs.

Christopher Moore

By
Gerard Schneller
THE LAKIN LAW FIRM
301 Evans Avenue, P.O. Box 27
Wood River, IL 62095
ATTORNEYS FOR CHRISTOPHER MOORE

By
GOLDSTEIN and PRICE, L. C.
and Teresa A. McNail
100 N. Broadway, Suite 1000
St. Louis, MO 63102
ATTORNEYS FOR AMERICAN RIVER TRANSPORTATION COMPANY

By
Raymond Massey
THOMPSON COBURN
One FirStar Centre
St. Louis, MO 63101
ATTORNEYS FOR AMERICAN COMMERCIAL BARGE LINE, LLC AND AMERICAN COMMERCIAL LINES, LLC

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500